IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

        Plaintiff,                    No. 2:11-cv-1568 JAM AC P

    vs.

HOUGLAND, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner when he filed this action and proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed June 10, 2011, against defendants Smith, Clark, Goulding, and Thompson. On November 29, 2012, a modified discovery and scheduling order issued setting January 25, 2013 as the discovery deadline. ECF No. 45. Following issuance of that order, plaintiff propounded discovery on defendants. In plaintiff's now-pending January 22, 2013 motion to compel, plaintiff contends defendants have failed entirely to respond to his discovery requests. Defendants have not responded to the instant motion.

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to
plaintiff's motion to compel within seven days from the date of this order.

DATED: February 6, 2013.

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

/mb;hubb1568.jo.disc