IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL HUBBARD,

     Plaintiff,                    No. 2:11-cv-1568 JAM AC P

     vs.

C.D. HOUGLAND, et al.,

     Defendants.              <u>ORDER TO SHOW CAUSE</u>

/

        Pending before the court is plaintiff's April 25, 2013 motion to compel. ECF No. 54. Pursuant to Local Rule 230(j), an opposition or statement of non-opposition to a motion in a prisoner action must be filed not more than twenty-one (21) days after the date of service of the motion. In this case, more than twenty-one days have passed since plaintiff filed his motion, and defendants have filed neither an opposition nor a statement of non-opposition to plaintiff's motion to compel.

        Accordingly, IT IS HEREBY ORDERED that defendants shall show cause, within seven days from the date of this order, why sanctions should not be imposed for their failure to comply with the Local Rules. In their response to this order, defendants shall also address the propriety of their objections to plaintiff's discovery requests in light of this court's

1

1  finding that they waived any objections for their failure to timely respond to the requests. See

2  ECF No. 51 at 3-4.

3  DATED: May 29, 2013

```
                                    /s/ Allison Claire
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE
```

8  /mb;hubb1568.osc