1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   DARRYL HUBBARD,

12              Plaintiff,                    No. 2:11-cv-1568 JAM AC P

13        vs.

14   C.D. HOUGLAND, et al.,

15              Defendants.                   <u>ORDER TO SHOW CAUSE</u>

16   _____/

17              Pending before the court is plaintiff's April 25, 2013 motion to compel.  ECF No.

18   54.  Pursuant to Local Rule 230(j), an opposition or statement of non-opposition to a motion in a

19   prisoner action must be filed not more than twenty-one (21) days after the date of service of the

20   motion.  In this case, more than twenty-one days have passed since plaintiff filed his motion, and

21   defendants have filed neither an opposition nor a statement of non-opposition to plaintiff's

22   motion to compel.

23              Accordingly, IT IS HEREBY ORDERED that defendants shall show cause,

24   within seven days from the date of this order, why sanctions should not be imposed for their

25   failure to comply with the Local Rules.  In their response to this order, defendants shall also

26   address the propriety of their objections to plaintiff's discovery requests in light of this court's

                                             1

1   finding that they waived any objections for their failure to timely respond to the requests.  <u>See</u>

2   ECF No. 51 at 3-4.

3   DATED: May 29, 2013

4

5                                                                ALLISON CLAIRE
                                                                 UNITED STATES MAGISTRATE JUDGE

6

7

8   /mb;hubb1568.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26